IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN CASEY, etc., et al.,          CIV. NO. 05-2071 DFL GGH

      Plaintiffs,

      v.                              ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
ARLIE PECK, dba JC Xpress,
et al.,

      Defendants.
_____/

    The court has been advised by plaintiff's attorney, Michael L. Reitzel, Esq. that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than October 16, 2006; and

//

1

 2.   That all hearing dates previously set in this matter are vacated.

 IT IS SO ORDERED.

Dated:   September 28, 2006

>	/s/ David F. Levi
>	DAVID F. LEVI
>	United States District Judge